**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
DAYTON, OHIO**

| | | |
|---|---|---|
| JAY E. MICHAEL, Admr., | : | |
| | : | |
| Plaintiff, | : | Case No.:  3:10cv-187 |
| | : | |
| vs. | : | Judge Timothy Black |
| | : | |
| VELOX TRUCKING, LLC, et al., | : | Magistrate Judge |
| | : | Sharon L. Ovington |
| Defendants. | : | |

## PLAINTIFF'S MEMORANDUM CONTRA DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendants Senad Basic and Velox Trucking, LLC have moved this Court for an Order of Partial Summary Judgment declaring that Heidi Callaway is not a beneficiary of Plaintiff's decedent for purposes of this wrongful death action.  (Doc. #18).  For the reasons set forth in Plaintiff's Cross-Motion for Partial Summary Judgment (Doc. #22 ), and because Mrs. Callaway is entitled to recovery as a beneficiary under the guidelines set forth by the Ohio Supreme Court in *Lawson v. Atwood* (1989), 42 Ohio St.3d 69, Defendants' Motion should be DENIED.

                                      Respectfully Submitted,

                                      /s/ Timothy M. Mahler
                                      Timothy M. Mahler (0079574)
                                      Michael J. Rourke  (0022950)
                                      Rourke & Blumenthal, L.L.P.
                                      495 South High Street, Suite 450
                                      Columbus, Ohio  43215
                                      tmahler@randbllp.com
                                      mrourke@randbllp.com
                                      T:  (614) 220-9200
                                      F:  (614) 220-7900
                                      *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 2, 2010, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


                                              /s/ Timothy M. Mahler
                                              Timothy M. Mahler