UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JAY E. MICHAEL, | Case No. 3:10-cv-187 |
| Plaintiff, | Judge Timothy S. Black |
| vs. | |
| VELOX TRUCKING, INC., *et al.*, | |
| Defendants. | |

**CONDITIONAL ORDER OF DISMISSAL**

The Court having been advised by the parties that this civil action has been settled;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 90 days, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED**.


Date: October 31, 2011                         s/ Timothy S. Black
                                               Timothy S. Black
                                               United States District Judge